# EXHIBIT A



DENVER
BOSTON
NEW YORK
WASHINGTON, DC

February 26, 2020

**Via Registered Mail, Return Receipt Requested, and Electronic Mail**

Buzz Calkins                                           BPI, Inc.
Holly Edmonds                                          c/o Martin Eckert III
BPI, Inc.                                              Eagle Environmental Consulting, Inc.
7268 S. Tucson Way                                     8000 West 44th Avenue
Centennial, CO  80112                                  Wheat Ridge, CO  80033
buzz@bradleygas.com                                    mce3@eagle-enviro.com
holly@bradleygas.com
edmonds1207@gmail.com


Charley Jones                                          Roger Titmus, CCIM, LEED AP BD+C
President and Owner                                    Site Development Director
Stinker Stores, Inc.                                   Stinker Stores, Inc.
Registered Agent for Joshnik Co.                       3184 Elder Street
LLLP                                                   Boise, ID  83705
3184 Elder Street                                      rtitmus@stinker.com
Boise, ID  83705
cjones@stinker.com


William Rapson                                         Corporation Service Company
Registered Agent for                                   Registered Agent for
7403 West 38th Avenue LLC                              Stinker Stores Co., Inc.
1125 17th Street, Suite 2200                           1821 Logan Avenue
Denver, CO  80202                                      Cheyenne, WY  82001


Re:   Notice of Intent to Sue for Violations of the Federal Resource Conservation
      and Recovery Act

Kaplan Kirsch & Rockwell LLP      1675 Broadway        tel:  303.825.7000
Attorneys at Law                  Suite 2300           fax: 303.825.7005
                                  Denver, CO  80202    kaplankirsch.com

Exhibit A

February 26, 2020
Page 2 of 21

Dear Mr. Calkins and others:

I write on behalf of West End 38, LLLP (West End), the owner of property located at 7333 W. 38th Avenue in Wheat Ridge, Colorado (the West End Property), and Olive Street Development Co., LLC (Olive), the owner of a right-of-way adjacent to the West End Property (the Olive ROW), regarding the contamination of soil and groundwater at the West End Property by petroleum originating from the former Bradley Gas Station located at the corner of 38th Avenue and Vance Street in Wheat Ridge (the Bradley Site).

Pursuant to the Federal Resource Conservation and Recovery Act (RCRA), this letter serves as notice of West End and Olive's intent to sue Bradley Petroleum, Inc. (now known as BPI, Inc.), and 7403 West 38th Avenue LLC (collectively, Bradley), one of whom is the former owner and operator of the Bradley Gas Station, [1] Stinker Stores, Inc. and Stinker Stores Co, Inc., (collectively, Stinker Stores), one of whom is the current owner of the Bradley Site,[2] and Stinker Stores' corporate parent, Joshnik Co., LLLP).[3]  West End and Olive will file their lawsuit, which also will include other legal claims under state law, in the U.S. District Court for the District of Colorado.

West End and Olive intend to seek all available relief against Bradley and Stinker Stores for their violations of RCRA, in addition to claims under Colorado law. The relief sought will include but is not limited to: (1) injunctive relief requiring Bradley and Stinker Stores to promptly and properly investigate and remediate

---

[1] West End and Olive believe the name for the former owner of the Bradley Site is Bradley Petroleum, Inc. and that Bradley Petroleum, Inc. changed its name to BPI, Inc. in 2017.  However, West End and Olive have also seen reference to the former owner of the Bradley Site as 7403 W. 38th Avenue LLC.  West End and Olive intend to provide this Notice to the correct legal entity that owned the Bradley Site prior to February 8, 2017.

[2] West End and Olive have been unable to determine whether Stinker Stores, Inc. or Stinker Stores Co, Inc. is the current owner and operator of the Bradley Site. West End and Olive intend to provide this Notice to the correct legal entity that currently owns the Bradley Site.

[3] 42 U.S.C. § 6972 (citizen suit and notice provisions).

Exhibit A

February 26, 2020
Page 3 of 21

noncompliance with RCRA and its implementing regulations; (2) substantial civil penalties under RCRA; and (3) attorneys' fees, expert consultant fees, and other costs incurred in bringing an enforcement action.  The violations of law described in this Notice are based upon the best information currently available to West End and Olive.  Each of the violations is ongoing since at least 2003 and reasonably likely to continue, and we expect that discovery will identify additional RCRA violations.  West End and Olive intend to sue Bradley and Stinker Stores for all violations, including those ongoing, yet to be uncovered, and committed after the date of this Notice.  Due to the chronic and persistent nature of violations, there is a reasonable likelihood additional violations will occur in the future.

Neither the U.S. Environmental Protection Agency nor the State of Colorado is diligently prosecuting Bradley or Stinker Stores under RCRA for the violations described herein.

### Factual Background[4]

Until February 8, 2017, the Bradley Site was owned and operated by Bradley, an affiliate of the Buzz Calkins portfolio of Bradley gas stations, and a Bradley gas station operated at the Bradley Site.  Stinker Stores acquired the Bradley Site in February 2017 and continues to operate a Little Stinker gas station at the Bradley Site.

Multiple releases of petroleum from the Bradley Site have occurred over the past two decades and have contaminated hydraulically downgradient properties, including the Olive ROW, which is located immediately adjacent to and hydraulically downgradient of the Bradley Site, and the West End Property, which is adjacent to the Olive ROW and also hydraulically downgradient of the Bradley Site.  Bradley is currently implementing a corrective action plan (CAP)

---

[4] The alleged violations and facts in this Notice are made in good faith and based on information obtained through West End and Olive's investigation and review of publicly available documents, including documents submitted by Bradley to the Colorado Department of Labor and Employment's Division of Oil and Public Safety (OPS).

February 26, 2020
Page 4 of 21

overseen by OPS related to a known release from the Bradley Site in March 2006, but the remedial strategy in place has not succeeded in complying with OPS closure criteria and RCRA.  Ongoing groundwater monitoring required by OPS shows that petroleum contamination continues to remain onsite and to contaminate the hydraulically downgradient Olive ROW and the West End Property as well.  During West End's redevelopment of the West End Property in 2018, its contractors excavated and disposed of significant amounts of petroleum-contaminated soil.  Site soils at the Olive ROW and the West End Property remain contaminated from the releases at the Bradley Site and, upon information and belief, contamination from the Bradley Site continues to migrate onto the West End Property and Olive ROW.

### A.  Bradley Site:  Release History

Records indicate that multiple petroleum releases have occurred from the Bradley Site, including but not limited to the following events described below.

### 1.  Hydrocarbon Vapors at 3895 Upham Street (2003)

In early 2003, OPS retained Paragon Consulting Group, Inc. (Paragon) to respond to petroleum-hydrocarbon vapors in the west wing basement of the office building at 3895 Upham Street in Wheat Ridge – nearly 500 feet north of the Bradley Site and farther downgradient of the Bradley Site than the West End Property.  Paragon investigated the source of petroleum hydrocarbon vapors in the building using soil and groundwater sampling as well as by studying groundwater flow and other topographic conditions.

Paragon identified elevated concentrations of the petroleum constituents benzene and toluene in groundwater samples collected from monitoring wells MW-2, MW-3, and MW-8 on March 28, 2003.[5]  The benzene concentrations in all three wells exceeded the Colorado Basic Standards for Groundwater, and

---

[5] Letter from Paragon to J. Steffes, Environmental Protection Specialist, OPS re: Response to Petroleum Hydrocarbon Vapors in Building/Source Assessment 2895 Upham Street, Wheat Ridge, Colorado (Aug. 26, 2003) [hereinafter, Paragon Report] at 14.

February 26, 2020
Page 5 of 21

toluene concentrations in MW-2 and MW-3 also exceeded the state standards.[6] Paragon reported to OPS:

> It should be noted that well MW-2 appeared to be downgradient of the Bradley UST basin, and that MW-3 appeared to be downgradient of the Bradley pump dispenser areas. The Bradley site was not surveyed because Bradley reportedly denied access to the OPS for this assessment.[7]

Paragon's report concluded that "the likely source of the petroleum-hydrocarbon contamination and vapors in the subject building appears to be the Bradley Petroleum site."[8] Paragon recommended that OPS require assessment of the Bradley Site and areas to the south of the 3895 Upham Street property and that OPS "require Bradley to take over monitoring, operation and maintenance of the sub-slab depressurization system" installed at the subject site to reduce the volume of petroleum-hydrocarbon vapors entering the building from beneath the slab.[9]

In response to Paragon's report, OPS issued a Storage Tank Report and Release Tracking Form to the "Bradley Food Mart" located at 7403 West 38th Avenue in Wheat Ridge, Colorado, assigning Leak Event ID# 9145.[10] However, it is uncertain based on public records whether OPS implemented any further actions to address offsite contamination or required any corrective action by Bradley.

## 2. Dispenser Line Leak at Bradley Site, 7403 West 38th Avenue (2006)

According to Bradley's submissions to OPS, on March 2, 2006, a suspected release from the Bradley Site was reported to OPS after an annual leak and line detection test indicated a pressure loss associated with the premium-unleaded

---

[6] *Id.*

[7] *Id.* at 11; *see also id.* at 14.

[8] *Id.* at 15; *see also id.* at 2.

[9] Paragon Report at 15.

[10] Report and Release Tracking Form for Leak Event ID# 9145 (2003).

Exhibit A

February 26, 2020
Page 6 of 21

(PUL) dispenser line.[11]  The affected dispenser was shut down and a portion of the PUL line was exposed.   Approximately 2 cubic yards of petroleum hydrocarbon-impacted soil was excavated out of the trench.  Bradley hired Eagle Environmental Consulting, Inc. (Eagle) to perform soil sampling activities within the excavated trench at approximately 2 feet below ground surface (bgs).  Based on the laboratory results from the soil samples Eagle collected, a confirmed release was reported to OPS on March 3, 2006.

Eagle subsequently performed site characterization activities by installing four monitoring wells at the site (MW-1 through MW-4) and obtaining access to three existing monitoring wells at the adjacent Vectra Bank property located at 7391 West 38th Avenue, just north and hydraulically downgradient – wells which had been installed by Paragon as part of the 2003 investigation of petroleum vapors at the 3895 Upham Street property.  On August 2, 2006, Eagle supervised the excavation of approximately 176 cubic yards of petroleum hydrocarbon impacted soil from the Bradley Site beneath the dispenser islands and product lines during underground storage tank (UST) system upgrades.  OPS required additional testing to characterize the site in 2007, including the installation of  monitoring wells and soil borings to further define the dissolved benzene and methyl tert-butyl ether (MTBE) impacts beneath the site, as well as the installation of soil vapor point VP-1 to analyze the soil vapor to indoor air inhalation pathway adjacent to the structure located at 7391 West 38th Avenue (Vectra Bank).   In December 2007, OPS issued a Final Request for Corrective Action Plan (CAP) for the site.

### 3.  Corrective Actions at the Bradley Site

Eagle submitted an initial CAP for the Bradley Site to OPS on January 29, 2008.  The initial CAP outlined use of a total fluid recovery remedial approach to

---

[11] *See* Eagle's 1st Quarterly 2019 Monitoring and Remediation Report for Bradley Petroleum Store No. 5, 7403 West 38th Avenue, submitted on behalf of Bradley on April 26, 2019 to Jennifer Strauss of OPS [hereinafter Q1 2019 Report] at 1.  The facts that follow are based on the Eagle Q1 2019 Report and its submissions to the OPS (unless otherwise stated).  However, West End reserves the right to amend, modify, or dispute any facts stated herein.

Exhibit A

February 26, 2020
Page 7 of 21

reduce petroleum constituent concentrations in groundwater at the site below state groundwater limits, the state-wide risk-based screening levels (RBSL). For benzene, the state-wide RBSL is 0.005 mg/L.[12]  However, because the state-wide RBSL could not be achieved, OPS ultimately set a more lenient site-based benzene cleanup target for the Bradley Site, called a site-specific target level (SSTL), of 0.015 mg/L.

Over the next ten years, Eagle's initial remedial approach failed to adequately reduce benzene concentrations in groundwater at the Bradley Site, and Eagle subsequently applied for and received CAP modifications from OPS to try two other approaches – air sparge/soil vapor extraction and complete granulated activated carbon injections.  These remedial approaches also ultimately failed to reduce benzene concentrations at the Bradley Site below the SSTL.  While there is a monitoring well located offsite on the Olive ROW, there is no indication that Eagle has taken action to remediate offsite contamination.

Today, despite the implementation of multiple remedial strategies, ongoing monitoring indicates petroleum contamination persists at the Bradley Site and continues to migrate off-site onto the West End Property and the Olive ROW. Specifically, OPS-mandated quarterly monitoring for Bradley's latest CAP shows benzene continues to exceed the SSTL at well MW-1, which is located on the Bradley Site, and to exceed the state-wide RBSL at VB-3, a well located downgradient of the Bradley Site on the Olive ROW, which is adjacent to the West End Property.  Table 1 below illustrates groundwater monitoring data from the first three quarters of 2019 showing exceedances of applicable standards at these wells.  These quarterly monitoring results are from Bradley's consultant, Eagle, and were submitted to OPS in quarterly monitoring reports on April 26, 2019, September 12, 2019, and November 6, 2019, respectively.

---

[12] This RBSL is the same as the state's basic groundwater standard for benzene. *See* CDPHE Basic Standards for Groundwater, 5 Colo. Code Regs. 1002-41, § 41.5, tbl. A (eff. Dec. 30, 2016).

Exhibit A

February 26, 2020
Page 8 of 21

Table 1.  Exceedances of OPS Groundwater Standards for Benzene

| Test Date | Well | Benzene Level(mg/L) | Applicable Regulatory Standard (mg/L) |
|---|---|---|---|
| 3/8/19[13] | MW-1 | 0.1850 | 0.015 (SSTL) |
| | VB-3 | 0.0314 | 0.005 (Tier I RBSL) |
| 6/3/19[14] | MW-1 | 0.1340 | 0.015 (SSTL) |
| | VB-3 | 0.0403 | 0.005 (Tier I RBSL) |
| 11/6/19[15] | MW-1 | 0.104 | 0.11 (SSTL)[16] |
| | VB-3 | Unknown[17] | 0.005 (Tier I RBSL) |

Eagle's Q1 and Q2 2019 Reports conclude:

> [t]he dissolved petroleum hydrocarbon plume appears to be stable; however, the presence of petroleum hydrocarbons in groundwater within onsite monitoring well MW-1 and offsite monitoring well VB-3 indicates

---

[13]  Data reported in Q1 2019 Report.

[14]  Data reported in Eagle's 2nd Quarterly 2019 Monitoring and Remediation Report for Bradley Petroleum Store No. 5, 7403 West 38th Avenue, submitted on behalf of Bradley on September 12, 2019 to Jennifer Strauss of OPS [hereinafter, Q2 2019 Report].

[15]  Data reported in Eagle's 3rd Quarterly 2019 Monitoring and Remediation Report for Bradley Petroleum Store No. 5, 7402 West 38th Avenue, submitted on on November 6, 2019 to Jennifer Strauss of OPS [hereinafter, Q3 2019 Report].

[16]  In its Q3 2019 Report, Eagle appears to have proposed a new, more lenient SSTL of 0.11 mg/L for benzene.  *See* Q3 2019 Report at 9.

[17]  The Q3 2019 Report does not indicate the benzene level in VB-3, stating "The groundwater sample collected from monitoring well VB-3 did not contain benzene exceeding the [RBSL]." Q3 2019 Report at 6.

February 26, 2020
Page 9 of 21

the groundwater (ingestion) exposure pathway is complete and cannot be eliminated at this time.[18]

Further, Eagle concedes that "[t]he latest active remedial approach, specifically nutrient injections in the vicinity of the monitoring wells MW-1 and VB-3, appears to have had a limited effect on supporting the biodegradation of the dissolved benzene plume."[19]  In January 2020, Eagle proposed yet another CAP modification to attempt to address the residual dissolved benzene and eliminate the groundwater ingestion exposure pathway and to meet the OPS Tier I and/or Tier II closure criteria.[20]  The latest CAP Modification proposal involves in-situ chemical oxidation injections in the vicinity of wells MW-01 and VB-03 in the first two quarters of 2020 to address the persistent petroleum hydrocarbon impacts beneath the site.[21]

Eagle identifies the West End Property as a "point of exposure", which Colorado's Petroleum Storage tank regulations define as: "[a] location at which a person or sensitive environment is assumed to be exposed to a chemical of concern."[22]  Bradley submittals[23] to OPS throughout 2019 conclusively show that "dissolved benzene concentrations exceeding the CDLE-OPS Tier I RBSL have

---

[18] Q1 2019 Report at 8; Q2 Report at 8.  The Q3 2019 Report similarly concludes "the presence of petroleum hydrocarbons in groundwater within onsite monitoring well MW-01 and historically in offsite monitoring well VB-3 indicates the groundwater (ingestion) exposure pathway is complete and cannot be eliminated at this time." Q3 2019 Report at 9.

[19] Q1 2019 Report at 8; Q2 Report at 8; Q3 Report at 10.

[20] Q1 2019 Report at 8-9; Q2 Report at 8-9; *see* Eagle's Corrective Action Plan Modification for Bradley Petroleum Store No. 5, 7402 West 38th Avenue, submitted on behalf of Bradley on January 21, 2020, to Jennifer Strauss of OPS [hereinafter 2020 CAP Modification] at 6-7.

[21] *See* 2020 CAP Modification at 6.

[22] *See* 7 Colo. Code of Regs. 1101-14, § 1-5.

[23] Q1 2019 Report at 7; Q2 2019 Report at 7; Q3 2019 Report at 6; 2020 CAP Modification at 3.

Exhibit A

February 26, 2020
Page 10 of 21

impacted the property boundary to the north," which Eagle identifies as owned by Olive.[24]

## B. West End Property: Discovery of Petroleum Contaminated Soil

West End acquired title to the property located at 7333 West 38th Avenue in May 2018.  Prior to acquisition, West End identified multiple monitoring wells in the area associated with various investigations tied to the Bradley Property.  However, groundwater tests did not reveal petroleum constituents in groundwater above OPS limits.  West End retained Higgins & Associates, LLC (Higgins) as the environmental consultant for the project.  Higgins assisted with identifying and coordinating the OPS compliant abandonment of monitoring wells on the West End Property with OPS.

On June 11, 2018, West End encountered petroleum-impacted soil during excavation.  Higgins took soil samples and notified OPS.  Multiple soil samples contained benzene above the applicable OPS RBSL for benzene of 0.26 mg/kg.  Higgins sent initial laboratory results to OPS on June 14, 2018.  On a June 20, 2018 telephone conference between OPS staff, West End, Eagle, and Higgins, Robert Herbert of OPS stated that the petroleum impacted soils were the result of the petroleum contamination plume emanating from the Bradley Site.  Despite OPS's determination that the Bradley Site was the source of the petroleum contamination at the West End Property, Bradley disavowed responsibility for the contamination.

Throughout the remaining site work and excavation phase of the project, West End continued to encounter petroleum impacted soils, which were removed and properly disposed of offsite.  Table 2 below provides a summary of soil samples encountered during construction at the West End Property that exceeded the OPS standard of 0.26 mg/kg for benzene.

---

[24] Q2 2019 Report at 7; Q3 2019 at 7.  This statement could refer to the Olive ROW, owned by Olive Street Development, or the West End Property, which West End acquired from Olive Street Development, or both properties.

Exhibit A

February 26, 2020
Page 11 of 21

Table 2.  Exceedances of OPS Soil Standards for Benzene

| Sample ID | Depth | Date Sampled | Benzene Level (mg/kg) |
|-----------|-------|--------------|-----------------------|
| SS-1  | 12 | 6/11/18 | 0.616 |
| SS-2  | 13 | 6/11/18 | 0.574 |
| SS-2  | 12 | 7/18/18 | 0.519 |
| SS-5  | 13 | 7/18/18 | 1.48  |
| SS-13 | 13 | 7/20/18 | 0.615 |
| SS-14 | 12 | 7/20/18 | 0.288 |
| SS-16 | 12 | 7/20/18 | 1.02  |
| SS-17 | 13 | 7/25/18 | 0.266 |
| SS-21 | 13 | 7/25/18 | 0.578 |
| SS-22 | 13 | 7/25/18 | 0.289 |
| SS-23 | 13 | 7/25/18 | 0.36  |

West End installed a vapor barrier under its new building to protect residents in the new complex from petroleum contaminants originating from the Bradley Site.  The West End project was completed with significant soil contamination left in place.  Higgins estimates that there are approximately 7,797 cubic yards of petroleum-contaminated soil remaining on the property.

**Violations of RCRA**

RCRA permits citizen suits "against any person . . . who is alleged to be in violation of any . . . regulation [or] prohibition" under RCRA.[25]  These "permitting violation" claims may be brought "against a defendant who is alleged to be currently in violation of a RCRA-based mandate, regardless of any proof that its conduct has endangered the environment or human health."[26]

---

[25] 42 U.S.C. § 6972(a)(1)(A).

[26] *Nuclear Watch N.M. v. United States DOE,* 2018 U.S. Dist. LEXIS 116716 (N.M.D. July 12, 2018) at *5 (citing *Goldfarb v. Mayor & City Council of Baltimore,* 791 F.3d 500, 504-05 (4th Cir. 2005)) (internal quotations omitted).

Exhibit A

February 26, 2020
Page 12 of 21

RCRA defines the term "solid waste" to include "any . . . discarded material."[27] The term "discarded material" is defined as any material that is "abandoned."[28] Under RCRA, "[m]aterials are solid waste if they are abandoned by being disposed of."[29]  The term "disposal" includes  the "[l]eaking . . . of any solid waste or hazardous waste into or on any land or water . . . ."[30]  The petroleum contamination from underground storage tanks at the Bradley Site is regulated by RCRA.[31]

Bradley and Stinker Stores have caused petroleum constituents to be released from their property and to migrate into groundwater and soils hydraulically downgradient, including onto the Olive ROW and West End Property.  Bradley's and Stinker Stores' failure to stop releases and ongoing migration of contamination – as well as their failure to remediate such contamination through a CAP – are illegal and subject both parties to liability under RCRA.

Bradley and Stinker Stores' violations of RCRA are clear and undisputed, as demonstrated by the conclusions of OPS, a consultant for OPS (Paragon), an environmental consultant for Bradley (Eagle), and West End's environmental consultant (Higgins) that the Bradley Site is the *source of petroleum contamination* at the Olive ROW and the West End Property.  The presence of benzene in soil and groundwater above regulatory standards at the Olive ROW and the Bradley Site poses a threat to human health and the environment.

As set forth below, the continuing releases of petroleum contamination to groundwater and soil above regulatory standards at the Bradley Site and surrounding area constitute ongoing violations of RCRA and Colorado law implementing RCRA.  West End and Olive intend to sue Bradley and Stinker

---

[27] 42 U.S.C. § 6903(27).

[28] 40 C.F.R. § 261.2(a)(2)(i)(A).

[29] 40 C.F.R. § 261.2(b)(1).

[30] 42 U.S.C. § 6903(3).

[31] *United States v. Hill,* 1998 U.S. Dist. LEXIS 7894 at *9 (N.D.N.Y May 20, 1998) ("[L]eakage of gasoline from an underground storage tank into the surrounding soil constitutes disposal of a solid waste under RCRA").

February 26, 2020
Page 13 of 21

Stores for violations of RCRA and will seek injunctive relief, civil penalties, costs and attorneys' fees, and any additional relief the court deems appropriate.

### A.   Violations of Federal RCRA regulations.

RCRA's Subtitle I contains regulations governing underground storage tanks (USTs).[32]   Part 280 contains technical standards and corrective action requirements for owners and operators of USTs, including performance standards, notification requirements, spill and overfill control, reporting and recordkeeping, periodic testing, release detection, release reporting, release response, and corrective action requirements for petroleum USTs that leak.

Bradley and Stinker Stores are in violation of the following regulatory requirements:

- 40 C.F.R. § 280.61's requirement that owners or operators perform an adequate initial response after confirmation of a release from a UST system containing petroleum, including reporting the release to the implementing agency, taking immediate action to prevent any further release, and identifying and mitigating fire, explosion, and vapor hazards.

- 40 C.F.R. § 280.65's requirement that the owner or operator of a UST system that has a release of petroleum must determine the full extent and location of soils contaminated by the release and the presence and concentrations of dissolved product contamination in groundwater by conducting investigations of the release, the release site and the surrounding area possibly affected by the release if there is evidence that groundwater wells have been affected by the release.

- 40 C.F.R. Part 280, Subpart C's general operating requirements, including spill and overfill control requirements (§ 280.30), reporting and recordkeeping requirements (§ 280.34), and periodic testing requirements (§ 280.35).

---

[32] *See* 40 C.F.R. pt. 280.

Exhibit A

February 26, 2020
Page 14 of 21

- 40 C.F.R. Part 280, Subpart D's release detection requirements for owners and operators of all UST systems, Section 280.41's specific requirements for petroleum UST systems, and the requirements for release detection set forth in § 280.43.

- The requirements related to investigations of off-site impacts in 40 C.F.R. § 280.51 and the release investigation and confirmation steps identified in 40 C.F.R. § 280.52.

- 40 C.F.R. Part 280, Subpart F's requirements for release response and corrective action for UST Systems containing petroleum, including the requirement to take immediate action to prevent any further release of petroleum into the environment (§ 280.61(b)), perform adequate site characterization (§ 280.63), properly investigate the surrounding area to determine the extent of the contamination (§ 280.65), and develop a CAP that provides for adequate protection of human health and the environment (§ 280.66).

## B. Violations of Colorado regulations implementing RCRA.

RCRA's citizen suit provision can be used to enforce regulations promulgated under Colorado's solid and hazardous waste programs.[33]  Bradley's petroleum releases have caused ongoing violations of state groundwater and soil standards for benzene.  Additionally, releases from the Bradley Site indicate that Bradley has violated the state's solid waste regulations and storage tank regulations.

---

[33] Federal authorities have authorized Colorado to administer its program in place of the federal program, and, thus, the state program is "effective" under RCRA.  *See Sierra Club v. Chem. Handling Corp.*, 824 F. Supp. 195, 198 (D. Colo. 1993) (holding that because Colorado's hazardous waste program was authorized by RCRA, it became effective pursuant to RCRA, and the citizen suit provision of section 6972(a)(1)(A) applies); *see also Coll. Park Holdings, LLC. v. Racetrac Petroleum, Inc.*, 239 F. Supp. 2d 1334, 1346 (N.D. Ga. 2002) (holding, as a matter of course, that Georgia's EPA-approved UST program is enforceable by a RCRA citizen suit).

Exhibit A

February 26, 2020
Page 15 of 21

Specifically, Bradley and Stinker Stores are in violation of the following Colorado regulations implementing RCRA:

> **1.** **Violations of Groundwater and Soil Standards for Benzene, 7 Colo. Code Regs. 1101-14.**

OPS sets RBSLs, which are risk-based corrective action target levels for chemicals of concern.[34]   OPS has set the state-wide standard for benzene dissolved in groundwater of 0.005 mg/L.[35]   The state-wide standard for benzene in soil is 0.26 mg/kg.[36]   Sites with benzene in media above these levels are in violation of state standards and must perform remedial action to reduce concentrations below these levels.[37]   Additionally, in certain cases, OPS sets site-specific target levels (SSTLs), which are risk-based remedial action target levels for chemicals of concern developed for a particular site that determine the cleanup goals for the site.[38]   As stated above, the Bradley Site also has a more lenient SSTL for benzene dissolved in groundwater of 0.015 mg/L that applies to onsite wells.[39]

As stated above and as shown in Table 1, the Bradley Site continues to have levels of benzene in groundwater onsite that violate the SSTL and levels of benzene in groundwater offsite at the Olive ROW that violate the RBSLs. Further, as stated above and shown in Table 2, soils contaminated with benzene above the RBSL for benzene in soil were found on the West End Property, and additional contaminated soil remains on that site.   As stated above, OPS and others have identified the Bradley Site as the source of petroleum contamination at the Olive ROW and the West End Property.   These ongoing violations of state groundwater and soil standards demonstrate Bradley is "in violation" of RCRA, specifically Colorado's regulatory standards implementing RCRA.

---

[34] 7 Colo. Code Regs. 1101-14, § 1-5.

[35] 7 Colo. Code Regs. 1101-14, § 5-2, tbl. 5-1.

[36] *Id*.

[37] *See* CDPHE Basic Standards for Groundwater, Colo. Code Regs. 1002-41, § 41.5, tbl.  A (eff. Dec. 30, 2016).

[38] 7 Colo. Code Regs. 1101-14, § 1-5.

[39] Eagle Q1 2019 Report at 8; Eagle Q2 2019 Report at 8.

February 26, 2020
Page 16 of 21

The violations of applicable Colorado soil and groundwater standards are ongoing, and therefore, Bradley and Stinker Stores continue to be "in violation of" RCRA.[40]   Although the leaking storage tanks may have been removed or modified, the violations of state groundwater and soil standards for benzene (and potentially other contaminants) are ongoing.[41]

> ### 2.      Violations of Storage Tank Requirements, 7 Colo. Code Regs. 1101-14.

Upon information and belief, Bradley and Stinker Stores are in violation of the Colorado's Storage Tank Regulations, including but not limited to the following:

- Failure to comply with Article 2, Section 2-2's requirements regarding design, construction, and installation of the UST on the Bradley Site, including but not limited to a failure to implement repairs that "prevent the releases due to structural failure, corrosion, or spills and overflows as long as the UST system is used to store regulated substances."[42]

- Failure to comply with Article 2, Section 2-3's requirements for the operation of USTs, including but not limited to a failure to prevent corrosion and operate a system with adequate release detection methods.[43]

---

[40] 42 U.S.C. § 6972(a)(1); *see Craig Lyle Ltd. P'ship v. Land O'Lakes*, 877 F. Supp. 476, 482 (D. Minn. 1995) (holding that spilt or leaked petroleum resulting from commercial operations satisfies RCRA's definition of "solid waste").

[41] *See United States v. Power Eng'g Co.*, 10 F. Supp. 2d 1145, 1159-1160 (D. Colo. 1998) ("[L]eaching of hazardous waste into the groundwater from this soil constitutes continuing disposal of hazardous waste."); *see also City of Toledo v. Beazer Materials and Servs., Inc.*, 833 F. Supp. 646, 656 (N.D. Ohio 1993) (holding a valid claim exists against a prior owner under Section 6972(a)(1)(A) "as long as no proper disposal procedures are put into effect or as long as the waste has not been cleaned up and the environmental effects remain remediable").

[42] 7 Colo. Code Regs. 1101-14, §2-2-1.

[43] *Id*. §§ 2-3-3; 2-3-4-1(a); and 2-3-4-2.

Exhibit A

February 26, 2020
Page 17 of 21

- Failure to comply with Article 2, Section 2-4's requirements for the proper closure of UST Systems.[44]

- Failure to comply with Article 5, Section 5-1's requirements for responses to confirmed releases, including but not limited to the requirements to "take action to prevent any further release into the environment" and remedy "hazards posed by contaminated media that are excavated or exposed as a result of abatement activities."[45]

- Failure to comply with Article 5, Section 5-2's requirements for site characterization in response to releases, including but not limited to adequately defining the "extent of source area(s) of the release" and "the distribution of contamination in the subsurface," particularly at the Olive ROW and the West End Property.[46]

- Article 5, Section 5-3's requirements for corrective action in response to releases, including but not limited to implementing a timely and adequate corrective action plan to remediate the contamination at the Olive ROW and the West End Property.[47]

### 3.   Violations of Solid Waste Regulations, 6 CCR 1007-2, Part 1

Upon information and belief, Bradley and Stinker Stores are in violation of the Colorado's Solid Waste Regulations, including but not limited to the following:

- Section 1.3.3's prohibition on the operation of a solid waste disposal facility without a certificate of designation from the Colorado Department of Health and Environment.[48]   The Bradley Site is not a designated solid

---

[44] *Id*. § 2-4.

[45] *Id*. § 5-1-2

[46] *Id*. § 5-2.

[47] 7 Colo. Code Regs. 1101-14, § 5-3(b)(1) (requiring, *inter alia*, that an "owner/operator shall . . . identify targeted treatment areas").

[48] 6 Colo. Code Regs. 1007-2 pt. 1, § 1.3.3.

February 26, 2020
Page 18 of 21

waste disposal site with a certification from CDPHE.  Without such a certification, it cannot be disposing of solid waste – like petroleum – onsite.

- Section 2's minimum standards for solid waste disposal sites and facilities.[49] The Bradley Site has also violated Colorado's Solid Waste regulations because it has disposed of solid waste – petroleum – without complying with the minimum standards for solid waste disposal sites in the state, including: implementation of a program for detection and prevention of the disposal of PCB waste and hazardous waste (2.1.2(B)), maintenance of a waste characterization and disposal plan approved by CDPHE (2.1.2(C)), elimination of nuisance conditions at or beyond the site boundary (2.1.3), prohibition on water pollution (2.1.4), and proper measures to prevent waste material and debris from leaving the site (2.1.7).

West End and Olive intend to file a federal action against Bradley and Stinker Stores for their continuing violations of RCRA and Colorado law implementing RCRA.[50]

## Conclusion

Immediate legal action to address Bradley's and Stinker Stores' ongoing violations of RCRA is fully justified given their lack of diligence in remediating the contamination, as well as their disregard for the welfare of their neighbors, including Olive and West End, and the surrounding environment.  Olive and West End's RCRA claims are not exclusive.  They send this Notice without waiving or prejudicing their rights to advance additional legal or factual claims, including any claim for relief pursuant to federal, state, or common law causes of action.  As set forth in West End's July 1, 2019 letter proposing settlement, West End and Olive also intend to seek relief against Bradley and Stinker Stores based upon trespass, nuisance, and other state law claims.

West End and Olive continue to be willing to engage in settlement discussions with Bradley and Stinker Stores with the expectation that those discussions

---

[49] 6 Colo. Code Regs. 1007-2 pt. 1, § 2.
[50] 42 U.S.C. § 6972(a)(1)(A).

Exhibit A

February 26, 2020
Page 19 of 21

would result in a prompt and reasonable resolution.  Unless substantial progress is made in remedying the ongoing violations, West End and Olive intend to initiate litigation upon expiration of RCRA's notice period.

Sincerely,

Nathaniel H. Hunt
Sara Mogharabi

*Counsel for and providing formal notice on behalf of West End, LLP, 1801 Broadway, Suite 1175, Denver, CO 80202, 720-420-1564, and Olive Street Development Co., LLC, 1801 Broadway, Suite 1175, Denver, CO, 720-420-1564.*

cc: (via registered mail, return receipt requested):

>   William Rapson
>   Registered Agent for BPI, Inc.
>   Welborn Sullivan Meck & Tooley, P.C.
>   1125 17th Street, Suite 2200
>   Denver, CO  80202
>
>   Corporation Service Company
>   Registered Agent for Stinker Stores Co., Inc.
>   1900 W. Littleton Blvd
>   Littleton, CO  80120
>
>   William Rapson
>   Registered Agent for
>   7403 West 38th Avenue LLC
>   1125 17th Street Suite 2200
>   Denver, CO  80202

Exhibit A

February 26, 2020
Page 20 of 21

    Corporation Service Company
    Registered Agent for
    Stinker Stores Co., Inc.
    1821 Logan Ave.
    Cheyenne, WY  82001

    Andrew Wheeler
    Administrator
    U.S. Environmental Protection Agency
    1200 Pennsylvania Avenue, NW (Mail Code 1101A)
    Washington, DC  20004

    Gregory Sopkin
    Regional Administrator, Region VIII
    U.S. Environmental Protection Agency
    1595 Wynkoop Street
    Denver, CO  80202-1129

    William Barr
    U.S. Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC  20530-0001

    Phil Weiser
    Colorado Attorney General
    Office of the Attorney General
    Colorado Department of Law
    1300 Broadway, 10th Floor
    Denver, CO  80203

Exhibit A

February 26, 2020
Page 21 of 21

Jill Hunsaker Ryan
Executive Director
Colorado Department of Public Health & Environment
4300 Cherry Creek Drive South
Denver, CO  80246

Albuquerque Mahesh
Division Director
Division of Oil and Public Safety
633 17th Street, Suite 500
Denver, CO  80202

Jennifer Opila
Division Director
Hazardous Materials and Waste Management Division
Colorado Department of Public Health and Environment, HMWMD-B2
4300 Cherry Creek Drive South
Denver, CO  80246