# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

WEST END 38, LLLP, AND
OLIVE STREET DEVELOPMENT CO., LLC,

*Plaintiffs*,

v.

STINKER STORES, INC.,
STINKER STORES CO, INC.,
JOSHNIK CO LLLP,
BRADLEY PETROLEUM, INC.,
BPI, INCORPORATED, AND
7403 WEST 38TH AVENUE LLC,

*Defendants*.

---

**AFFIDAVIT OF SERVICE**

---

I, Paulette Ingwersen, state that:

1.      I am a legal assistant at Kaplan Kirsch & Rockwell, LLP, counsel for Plaintiffs West End 38, LLLP and Olive Street Development Co., LLC.  I have personal knowledge and belief of the matters set forth in this affidavit and would competently testify to them under oath if called upon to do so.

2.      On February 27, 2020, I caused to be deposited in the United States Mail, a copy of the Notice of Intent to Sue for Violations of the Federal Resource Conservation and Recovery Act at issue in the above-captioned case (the "NOI"), via registered mail, return receipt requested, postage prepaid, to the defendants in this action as well as additional state and federal agencies

Exhibit B

required by federal law to receive the NOI.  Information confirming the service of the NOI is attached as Exhibit 1.

3.       A copy of the NOI was received by Defendant Stinker Stores, Inc. at its principal office on March 2, 2020.  *See* Exhibit 1 at 4, 6.  A copy of the NOI was received by Corporation Service Company, its registered agent in Colorado, on March 2, 2020.  *See id.* at 2.  A copy of the NOI also was e-mailed to Charley D. Jones, President of Stinker Stores, Inc., as well as Roger Titmus of Stinker Stores, Inc., on February 27, 2020.

4.       A copy of the NOI was received by Defendant Stinker Stores CO, Inc. at its principal office (the same address as Defendant Stinker Stores, Inc.) on March 2, 2020.  *See id.* at 3.  A copy of the NOI was received by Corporation Service Company, its registered agent in Colorado and Wyoming, on March 2, 2020.  *See id.* at 1-2.  A copy of the NOI also was e-mailed to Charley D. Jones, President of Stinker Stores CO, Inc., on February 27, 2020.

5.       A copy of the NOI was received by Joshnik CO LLLP at its principal office and by Charley D. Jones, its general partner and registered agent in Colorado, on March 2, 2020.  *See id.* at 4.  A copy of the NOI also was e-mailed to Charley D. Jones on February 27, 2020.

6.       A copy of the NOI was received by Attorney General of the United States, William Barr, on March 10, 2020. *Id.* at 7.

7.       A copy of the NOI was received by U.S. Environmental Protection Agency Administrator, Andrew Wheeler, on April 7, 2020.  *See id.* at 9.

8.       A copy of the NOI was received by U.S. Environmental Protection Agency, Region VIII Regional Administrator, Gregory Sopkin, on March 2, 2020.  *See id.* at 10.

9.       A copy of the NOI was received by Colorado Attorney General, Phil Weiser, on March 3, 2020.  *See id.* at 11.

Exhibit B

10.     A copy of the NOI was received by the Executive Director of the Colorado Department of Public Health and the Environment, Jill Hunsaker Ryan, on March 3, 2020. *See id.* at 12.

11.     A copy of the NOI was received by Division Director, Hazardous Materials and Waste Management Division, of the Colorado Department of Public Health and the Environment, Jennifer Opila, on March 3, 2020. *See id.* at 13.

12.     A copy of the NOI was received by the Division Director of the Colorado Division of Oil and Public Safety, Mahesh Albuquerque, on March 2, 2020. *See id.* at 14-15.

13.     I declare under penalty of perjury that the foregoing is true and correct on June 23, 2020.

Paulette Ingwersen

3

Exhibit B

# EXHIBIT 1



**Registered No.**

RF 182 692 127 US

**Date Stamp**

Postage $ 2.40

Extra Services & Fees

☒Registered Mail $ 13.20

☒Return Receipt (hardcopy) $ 2.85

☐Return Receipt (electronic) $

☐Restricted Delivery $

Extra Services & Fees (continued)

☐Signature Confirmation $

☐Signature Confirmation Restricted Delivery $

**Total Postage & Fees** $ 18.45

Customer Must Declare Full Value $ 10

Received by

Same Ins. Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM

KAPLAN KIRSCH & ROCKWELL
1675 BROADWAY, SUITE 2300
DENVER, CO 80202

TO

Corporation Service Company
Registered Agent for
Stinker Stores Co., Inc.
1821 Logan Ave.
Cheyenne, WY 82001

PS Form **3806**, Registered Mail Receipt

April 2015, PSN 7530-02-000-9051

For domestic delivery information, visit our website at *www.usps.com* ®

Copy 1 - Customer

(See Information on Reverse)

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
Registered Agent for
Stinker Stores Co., Inc.
1821 Logan Ave.
Cheyenne, WY 82001

9590 9402 3234 7196 2560 24

2. Article Number (Transfer from service label)

RF 182 692 127 US

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
M Fuller   3-2-20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...cted Delivery (over $500)
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

---

Exhibit 1 - Page 1

Exhibit B



**Registered No.** RF 182 692 100 US

| | |
|---|---|
| Postage $ 2.40 | Extra Services & Fees (continued) |
| Extra Services & Fees | ☐ Signature Confirmation $ |
| ☒ Registered Mail $ 13.20 | ☐ Signature Confirmation Restricted Delivery $ |
| ☒ Return Receipt (hardcopy) $ 2.85 | |
| ☐ Return Receipt (electronic) $ | **Total Postage & Fees** |
| ☐ Restricted Delivery $ | $ 18.45 |
| Customer Must Declare Full Value $ 10 | Received by |

Date Stamp — DENVER CO 802... FEB 27 ...VILE HIGH

Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Post Office

FROM
KAPLAN KIRSCH & ROCKWELL
1675 BROADWAY, SUITE 2300
DENVER, CO 80202

TO
Corporation Service Company
Registered Agent for Stinker Stores Co., Inc.
1900 W. Littleton Blvd
Littleton, CO 80120

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



**SENDER:** *COMPLETE THIS SECTION*
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1.
Corporation Service Company
Registered Agent for Stinker Stores Co., Inc.
1900 W. Littleton Blvd
Littleton, CO 80120

9590 9402 3234 7196 2561 47

2. Article Number (Transfer from service label)
RF 182 692 100 US

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____   ☒ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Shannon White   3/2/20

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

MAR - 2 2020   LITTLETON CO 80120-9998

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ured Mail
☐ ...ured Mail ...tricted Delivery (over $500)

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**PS Form 3811, July 2015 PSN 7530-02-000-9053**   Domestic Return Receipt

Exhibit 1 - Page 2                     Exhibit B



**Registered No.**
RF 182 692042 US

| | |
|---|---|
| Postage $ 2.40 | **Date Stamp** |

**Extra Services & Fees**
☒ Registered Mail $ 13.20
☒ Return Receipt (hardcopy) $ 2.85
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

**Extra Services & Fees** (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees**
$ 18.45

Customer Must Declare Full Value
$ 10

Received by

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

OFFICIAL USE

**FROM**
Kaplan Kirsch Rockwell
1675 Broadway, Ste. 2300
Denver, CO 80202

**TO**
Charley Jones
President and Owner
Stinker Stores, Inc.
Registered Agent for Joshnik Co. LLLP
3184 Elder Street
Boise, ID 83705

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

Exhibit 1 - Page 3

Exhibit B



**Tracking Number:** RF182692042US

Re

**Status**

✅ **Delivered**

Your item was delivered to an individual at the address at 11:28 am on March 2, 2020 in BOISE, ID 83705.

March 2, 2020 at 11:28 am
Delivered, Left with Individual
BOISE, ID 83705

**Delivered**

Exhibit 1 - Page 4                    Exhibit B



**Registered No.** RF182692073US

**Date Stamp**

MILE HIGH STA DENVER CO 80204 USPS FEB 27

To Be Completed By Post Office

Postage $ 2.40

Extra Services & Fees
- [x] Registered Mail $ 13.20
- [x] Return Receipt (hardcopy) $ 2.85
- [ ] Return Receipt (electronic) $
- [ ] Restricted Delivery $

Extra Services & Fees (continued)
- [ ] Signature Confirmation $
- [ ] Signature Confirmation Restricted Delivery $

**Total Postage & Fees** $ 18.45

Customer Must Declare Full Value $ 10

Received by

Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

FROM
Kaplan Kirsch Rockwell
1675 Broadway, Ste 2300
Denver, CO 80202

TO
Roger Titmus, CCIM, LEED AP BD+C
Site Development Director
Stinker Stores, Inc.
3184 Elder Street
Boise, ID 83705

PS Form **3806, Registered Mail Receipt** *Copy 1 - Customer*
April 2015, PSN 7530-02-000-9051 *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®



**Tracking Number:** RF182692073US

Rem

Your item was delivered to an individual at the address at 11:28 am on March 2, 2020 in BOISE, ID 83705.

**Status**

✅ **Delivered**

March 2, 2020 at 11:28 am
Delivered, Left with Individual
BOISE, ID 83705

**Delivered**

Exhibit 1 - Page 6                    Exhibit B

Postage $ 2.40

**Extra Services & Fees** *(continued)*
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

☒ Registered Mail $ 13.20
☒ Return Receipt (hardcopy) $ 2.85
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

**Total Postage & Fees**
$ 18.45

Customer Must Declare Full Value
$ 10

Received by

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

STA DENVER CO 80204

OFFICIAL USE

To Be Completed By Post Office

FROM
KAPLAN KIRSCH & ROCKWELL
1675 BROADWAY, SUITE 2300
DENVER, CO 80202

TO
William Barr, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

To Be Completed By Customer (Please Print)
All Entries Must Be In Ballpoint or Typed

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Barr, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 3234 7196 2559 97

2. Article Number *(Transfer from service label)*
RF 182 692 158 US

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____    ☐ Agent
                              ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
MAR 1 0 2020

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...stricted Delivery

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

Exhibit 1 - Page 7                    Exhibit B



Registered No.

RF182692135US

| To Be Completed By Post Office | Postage $ 2.40 | Extra Services & Fees *(continued)* |
|---|---|---|
| | Extra Services & Fees | ☐ Signature Confirmation $ |
| | ☒ Registered Mail $ 13.20 | ☐ Signature Confirmation Restricted Delivery $ |
| | ☒ Return Receipt *(hardcopy)* $ 2.85 | |
| | ☐ Return Receipt *(electronic)* $ | **Total Postage & Fees** |
| | ☐ Restricted Delivery $ | $ 18.45 |
| | Customer Must Declare Full Value $ 10 | Received by |

Date Stamp

STA DENVER CO 80204 USPS
FEB 27

Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

FROM

KAPLAN KIRSCH & ROCKWELL
1675 BROADWAY, SUITE 2300
DENVER, CO 80202

TO

Andrew Wheeler, Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, NW
(Mail Code 1101A)
Washington, DC 20004

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®

Copy 1 - Customer
*(See Information on Reverse)*

Exhibit 1 - Page 8                    Exhibit B



**Tracking Number:** RF182692135US

Rem

**Status**

✅ **Delivered**

Your item was delivered to an individual at the address at 10:35 am on April 7, 2020 in WASHINGTON, DC 20460.

April 7, 2020 at 10:35 am
Delivered, Left with Individual
WASHINGTON, DC 20460

**Delivered**

Exhibit 1 - Page 9                              Exhibit B

+                                    ▮        1A  ☐      +

**Registered No.** RF182692144US          **Date Stamp**

Postage $ 2.40

| Extra Services & Fees | Extra Services & Fees (continued) |
|---|---|
| ☐ Signature Confirmation | |
| ☒ Registered Mail $ 13.20 | $ |
| ☒ Return Receipt (hardcopy) $ 2.85 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (electronic) $ | **Total Postage & Fees** $ 18.45 |
| ☐ Restricted Delivery $ | |

Customer Must Declare Full Value $ 10

Received by

*To Be Completed By Post Office*

_ DENVER CO 80204 _
27

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM**
KAPLAN KIRSCH & ROCKWELL
1675 BROADWAY, SUITE 2300
DENVER, CO 80202

**TO**
Gregory Sopkin
Regional Administrator, Region VIII
U.S. Environmental Protection Agency
1595 Wynkoop Street
Denver, CO 80202-1129

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051          Copy 1 - Customer
For domestic delivery information, visit our website at www.usps.com ®          (See Information on Reverse)

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (*Printed Name*)     C. Date of Delivery

1. Article Addressed to:

Gregory Sopkin
Regional Administrator, Region VIII
U.S. Environmental Protection Agency
1595 Wynkoop Street
Denver, CO 80202-1129

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

RECEIVED
MAR 0 2 2020

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3234 7196 2560 00

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☐ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Restricted Delivery (over $500) | |

2. Article Number (*Transfer from service label*)
RF 182 692 144 US

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

Exhibit 1 - Page 10                              Exhibit B

Date Stamp

Registered No. RF 182 692 161 US

Postage $ 2.40

Extra Services & Fees
☐ Signature Confirmation $ _____ (continued)

Registered Mail $ 13.20

Return Receipt (Hardcopy) $ _____
☐ Signature Confirmation Restricted Delivery $ _____

Registered Receipt (electronic) $ 2.85

Total Postage & Fees $ 18.45

☐ Return Receipt (electronic) $ _____
☐ Restricted Delivery $ _____

Received by _____

Customer Must Declare Full Value $ 10

OFFICIAL USE

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**To Be Completed By Post Office**

FROM

KAPLAN KIRSCH & ROCKWELL
1675 BROADWAY, SUITE 2300
DENVER, CO 80202

TO

Phil Weiser
Colorado Attorney General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203

**To Be Completed By Customer (Please Print)**
All Entries Must Be in Ballpoint Pen or Typed

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Phil Weiser
Colorado Attorney General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203

9590 9402 3234 7196 2559 80

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

RECEIVED
MAR 0 3 2020
Office of the
Attorney General

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for

Exhibit 1 - Page 11            Exhibit B



Registered No. RF182692175US

Date Stamp

Postage $ 2.40

Extra Services & Fees *(continued)*
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Extra Services & Fees
☒ Registered Mail $ 13.20
☒ Return Receipt (hardcopy) $ 2.85
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

Total Postage & Fees $ 18.45

Customer Must Declare Full Value $ 10

Received by

OFFICIAL USE

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

FROM   KAPLAN KIRSCH & ROCKWELL
1675 BROADWAY, SUITE 2300
DENVER, CO 80202

TO   Jill Hunsaker Ryan
Executive Director
Colorado Department of Public Health &
Environment
4300 Cherry Creek Drive South
Denver, CO 80246

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®

Copy 1 - Customer
*(See Information on Reverse)*



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

RECEIVED

1. Article Addressed to:

Jill Hunsaker Ryan
Executive Director
Colorado Department of Public Health &
Environment
4300 Cherry Creek Drive South
Denver, CO 80246

9590 9402 3234 7196 2559 73

2. Article Number *(Transfer from service label)*
RF 182 692 175 US

COMPLETE THIS SECTION ON DELIVERY

A. Signature
MAR 03 2020
11:31 AM
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ ........stricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

Exhibit 1 - Page 12                    Exhibit B



**Registered No.**

RF 182692 192 US

| | |
|---|---|
| Postage $ 2.40 | **Date Stamp** |

Extra Services & Fees

☒ Registered Mail $ 13.20

☒ Return Receipt (hardcopy) $ 2.85

☐ Return Receipt (electronic) $

☐ Restricted Delivery $

Extra Services & Fees (continued)

☐ Signature Confirmation $

☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees** $ 18.45

Customer Must Declare Full Value $ 10

Received by

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

To Be Completed By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM
KAPLAN KIRSCH & ROCKWELL
1675 BROADWAY, SUITE 2300
DENVER, CO 80202

TO
Jennifer Opila, Division Director
Hazardous Materials & Waste Management Di
Colorado Department of Public Health and
Environment, HMWMD-B2
4300 Cherry Creek Drive South
Denver, CO 80246

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jennifer Opila, Division Director
Hazardous Materials & Waste Management D
Colorado Department of Public Health and
Environment, HMWMD-B2
4300 Cherry Creek Drive South
Denver, CO 80246

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3234 7196 2559 42

2. Article Number (Transfer from service label)

RF 182 692 192 US

**COMPLETE THIS SECTION ON DELIVERY**

RECEIVED

A. Signature
X          MAR 03 2020   ☐ Agent
           11:31 AM      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ restricted Delivery (over $500)

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

Exhibit 1 - Page 13                          Exhibit B



| | |
|---|---|
| Extra Services & Fees | |
| ☒ Registered Mail $13.20 | ☐ Signature Confirmation $ |
| ☒ Return Receipt (hardcopy) $ 2.85 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (electronic) $ | |
| ☐ Restricted Delivery $ | Total Postage & Fees $ 18.45 |
| Customer Must Declare Full Value $ 10 | Received by |

OFFICIAL USE

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**FROM**
KAPLAN KIRSCH & ROCKWELL
1675 BROADWAY, SUITE 2300
DENVER, CO 80202

**TO**
Albuquerque Mahesh
Division Director
Division of Oil and Public Safety
633 17th Street, Suite 500
Denver, CO 80202

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1.
Albuquerque Mahesh
Division Director
Division of Oil and Public Safety
633 17th Street, Suite 500
Denver, CO 80202

9590 9402 3234 7196 2559 66

2. Article Number (Transfer from service label)
RF 182 692 189 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    Received                   ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
   MAR 11 2 2020

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... (over $500)

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

Exhibit 1 - Page 14          Exhibit B



Exhibit 1 - Page 15

Exhibit B